UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

BARRY S. MILLER, ESQ.
1211 Liberty Avenue
Hillside, New Jersey 07205
973-216-7030
973-710-3099 (fax)
bmiller@barrysmilleresq.com
Attorney for Debtors

In Re:

**MICHAEL ANTEBI**
**YAEL J. ANTEBI**

Debtors.

Case No.: 19-27845

Chapter 11

Hearing Date: 2/6/20 at 10:00AM

Judge: MBK

### NOTICE OF MOTION FOR AUTHORIZATION TO ENTER INTO FINAL LOAN MODIFICATION AGREEMENT

TO:  Office of US Trustee          Bayview Loan Servicing, LLC
     One Newark Center              4425 Ponce de Leon Blvd. 5th Floor
     Suite 2100                     9990 Richmond Avenue, Suite 400 South
     Newark, NJ 07102               Coral Gables, FL 33146

     Fein, Such, Kahn & Shepard, P.C.
     Attn: Jennifer Haylett
     7 Century Drive, Suite 201
     Parsippany, NJ 07054

**PLEASE TAKE NOTICE** that on the 6th day of February 2020, at 10:00AM in the forenoon or as soon thereafter as counsel may be heard, the undersigned as counsel for Michael Antebi and Yael J. Antebi, the Debtors in the above captioned bankruptcy case, shall move before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, United States Bankruptcy Court, Clarkson S. Fischer, U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an *Order on Motion*

*for Authorization to Enter into Final Loan Modification Agreement* with respect to the property located at 133 Liberty Drive, Lakewood, NJ 08701.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed electronically with the Clerk of the United States Bankruptcy Court by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order, the Supplemental Commentary and D.N.J. LBR 9013-1, as amended Dec. 1, 2009, so as to be received no later than 7 days before the return date of the Motion. If opposing papers are not filed and served within the required time, the motion shall be deemed uncontested pursuant to D.N.J. LBR 9013-1 (a).

**PLEASE TAKE FURTHER NOTICE** that counsel to Debtors will rely upon the Certification of Barry S. Miller in support of the motion.

**PLEASE TAKE FURTHER NOTICE** that, in the absence of any objections, the relief requested hereunder may be granted without further notice.

Dated: January 8, 2020

                                            Respectfully submitted,

                                            Barry S. Miller, Esq.
                                            Attorney for Debtors
                                            Michael Antebi & Yael J. Antebi

                    By:          /s/ Barry S. Miller
                                  Barry S. Miller